UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PEARSON EDUCATION, INC., et al.,

                Plaintiffs,

           - against -

JOHN DOE, et al.,

                Defendants.
------------------------------------------------------------x

08 Civ. 8885 (RMB)

**ADMINISTRATIVE ORDER**

      Plaintiffs' counsel is directed to appear before the Court for a status conference on March 12, 2009 at 9:00 a.m. in Courtroom 21D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Among other issues, the Court will inquire as to the status of service upon the Defendants.

**SO ORDERED**.

Dated: New York, New York
         February 26, 2009

                                            RMB
                                  RICHARD M. BERMAN, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02.26.09