UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RESCH, et al.,

                Plaintiffs,

                - against -

BEACHCOMBER USA, INC., et al.,

                Defendants.
------------------------------------------------------------x

08 Civ. 8885 (RMB) (RLE)

**ADMINISTRATIVE ORDER**

      The parties are directed to appear before the Court for a settlement conference (with principals) on March 12, 2009 at 9:15 a.m. in Courtroom 21D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: New York, New York
       February 27, 2009

_____
RICHARD M. BERMAN, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02.27.09